# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

In Re: )
)  Case No. 06-44137
)  Chapter 7
WenAmerica, LLC )
)  ORDER FOR PAYMENT OF
)  UNCLAIMED FUNDS
Debtor(s) )

Upon application and in accordance with the provisions of 28 USC Section 2042, it is

Ordered that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the US Bankruptcy Court is directed to remit to Jace Peyton-Young f/k/a Kelsey L. Young c/o Dilks & Knopik, LLC, the sum of $406.16 now held as unclaimed funds in the treasury for creditor Kelsey L. Young.

DONE and ORDERED at St. Louis, Missouri this __1st__ day of __June__, 20__14__.

_____
United States Bankruptcy Judge